**STATE of Missouri, Plaintiff/Respondent,**

v.

**Quincy FALLS, Defendant/Appellant.**

**Quincy FALLS, Movant/Appellant,**

v.

**STATE of Missouri, Respondent/Respondent.**

**Nos. 58843, 60145.**

Missouri Court of Appeals, Eastern District, Division One.

Feb. 25, 1992.

Melinda Kay Pendergraph, Columbia, Emily Blood, St. Louis, for defendant/appellant.

William L. Webster, Atty. Gen., Robin H. Grissom, Asst. Atty. Gen., Jefferson City, for respondent/respondent.

ORDER

PER CURIAM.

Defendant appeals his convictions for second degree robbery and first degree tampering and the denial of his Rule 29.15 motion without an evidentiary hearing. We affirm. The judgments are based upon findings of fact that are not clearly erroneous and no error of law appears. An opinion would have no precedential value nor serve any jurisprudential purpose. The parties have been furnished with a memorandum opinion for their information only,

setting forth the facts and reasons for this order pursuant to Rules 30.25(b) and 84.16(b).